# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emirates

                Plaintiff,

v.                                                       Case No.: 1:20–cv–07655
                                                      Honorable Jeannice W. Appenteng

Anwar Assaf, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: For the reasons stated therein, the parties' agreed motion for court approval of settlement and dismissal of action [82] is granted. Accordingly, this case is dismissed without prejudice with leave to reinstate until 10/15/2024 when it will automatically convert to a dismissal with prejudice. All pending deadlines are stricken. The Court hereby retains and reserves jurisdiction to enforce the Settlement Agreement and General Release between the parties. Civil case terminated. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.